TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00232-CR

Ex Parte: Kimberly E. Goranson, Appellant

FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY

NO. 46,607, HONORABLE HAROLD S. WARNER, II, JUDGE PRESIDING

PER CURIAM 

 Kimberly E. Goranson has filed a motion to withdraw her appeal. We grant the motion
and dismiss this appeal.

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: July 21, 1998

Do Not Publish